### 6397.   LOWNDES ALLIANCE WAREHOUSE Co. *v.* GREENE *et al.*

WADE, J.  This was an action against the principals and the sureties on
a bond given by building contractors, conditioned that they would
faithfully perform the stipulations of a certain building contract. By
referring to the contract itself, we find that it provides, among other
things, that "the sum to be paid by the owner to the contractors for
said work and materials shall be (7770.00) seven thousand, seven hun-
dred and seventy dollars, . . . and that such sum shall be paid by
the owner to the contractors in current funds, and only upon the cer-
tificate of the architect, as follows: Payment to be made by weekly
installment as the work progresses, not to exceed 85%. The final pay-

ment shall be made within ten days after the completion of the work,"
etc. The petition, as amended, discloses that the plaintiffs failed to
comply with this part of the contract, since it appears therefrom that
the owner made payments to the contractors without regard to the
progress of the work, and that the final payment, covering all of the
$7770, the amount which the owner contracted to pay to the contractors,
was made some time prior to the completion of the work. It also
affirmatively appears, from the petition, that the owner allowed the
contractors to complete their work, notwithstanding they had failed
to comply with the terms and tenor of their contract, plans, and speci-
fications. *Held:*

1. The sureties were entitled, as a matter of law, to have the contract
strictly adhered to by the plaintiffs, as the liability of a surety is
stricti juris; and, since the petition as amended shows that the plain-
tiffs failed to make payments to the contractors in conformity with the
terms of the contract, which failure tended to increase the risk of the
sureties on the bond, the sureties are discharged from all liability
thereon. *Blackburn* v. *Morel,* 13 *Ga. App.* 516 (79 S. E. 492).

2. For the reasons stated above, the court did not err in sustaining the
demurrer and dismissing the petition.               *Judgment affirmed.*
Decided January 28, 1916.

Action on bond; from city court of Valdosta—Judge Cranford.
January 18, 1915.

*Whitaker & Dukes,* for plaintiff.

*O. M. Smith, Denmark & Griffin,* for defendants.